UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

HMK ENTERPRISES, INC.,  )
ROBERT ACKERMAN and     )
STEVEN KAROL,           )
                        )
    Plaintiffs,         )
                        )   04 12688 MLW
v.                      )
                        )   Civil Action No. _____
                        )
THE CHUBB CORPORATION,  )
FEDERAL INSURANCE       )
COMPANY, and            )
CHUBB & SON, INC.,      )
                        )
    Defendants.         )

## DEFENDANT CHUBB & SON, INC.'S CORPORATE DISCLOSURE STATEMENT

1. Pursuant to Local Rule of Civil Procedure 7.1, Defendant Chubb & Son, Inc. ("Chubb & Son, Inc."), a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

2. Chubb & Son, Inc. is a wholly-owned subsidiary of The Chubb Corporation, a New Jersey corporation;

3. The Chubb Corporation is a public company whose shares are traded on the NYSE under the symbol "CB." No person or entity owns 10% or more of The Chubb Corporation common stock.

BOST1-846019-1

Dated: December 23, 2004

Respectfully submitted,

DEFENDANTS,

THE CHUBB CORPORATION,
FEDERAL INSURANCE COMPANY, and
CHUBB & SON, INC.,

By their attorneys,

_____
Stephen J. Abarbanel (BBO # 010100)
Lee M. Holland (BBO # 650617)
**ROBINSON & COLE LLP**
One Boston Place; 25th Floor
Boston, MA 02108-4404
(617) 557-5900

*Counsel:*
Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202/637-6885
Fax: 202/637-5910

## CERTIFICATE OF SERVICE

I, Lee M. Holland, hereby certify that on this 23rd day of December, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

Howard M. Cooper
Kevin T. Peters
Heidi A. Nadel
Todd & Weld, LLP
28 State Street
Boston, MA 02110

_____
Lee M. Holland