UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, | ) ) ) ) | 04 12688 MLW |
| Plaintiffs, | ) ) |  |
| v. | ) ) | Civil Action No. _____ |
| THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and CHUBB & SON, INC., | ) ) ) ) ) |  |
| Defendants. | ) ) |  |

**DEFENDANT FEDERAL INSURANCE COMPANY'S**
**CORPORATE DISCLOSURE STATEMENT**

1.  Pursuant to Local Rule of Civil Procedure 7.1, Defendant Federal Insurance Company ("Federal Insurance Company"), a nongovernmental corporation, identifies the following parent corporation and any publicly held corporation that owns 10% or more of its stock:

2.  Federal Insurance Company is a wholly-owned subsidiary of The Chubb Corporation, a New Jersey corporation;

3.  The Chubb Corporation is a public company whose shares are traded on the NYSE under the symbol "CB." No person or entity owns 10% or more of The Chubb Corporation common stock.

BOST1-846019-1

Dated: December 23, 2004

Respectfully submitted,

**DEFENDANTS,**

**THE CHUBB CORPORATION,**
**FEDERAL INSURANCE COMPANY, and**
**CHUBB & SON, INC.,**

By their attorneys,

_____
Stephen J. Abarbanel (BBO # 010100)
Lee M. Holland (BBO # 650617)
**ROBINSON & COLE LLP**
One Boston Place; 25th Floor
Boston, MA 02108-4404
(617) 557-5900

*Counsel:*
Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202/637-6885
Fax: 202/637-5910

## CERTIFICATE OF SERVICE

I, Lee M. Holland, hereby certify that on this 23rd day of December, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

    Howard M. Cooper
    Kevin T. Peters
    Heidi A. Nadel
    Todd & Weld, LLP
    28 State Street
    Boston, MA 02110

_____
Lee M. Holland