UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, <br><br>Plaintiffs, <br><br>v. <br><br>THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and CHUBB & SON, INC., <br><br>Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>Civil Action No. _____ |

## DEFENDANT THE CHUBB CORPORATION'S CORPORATE DISCLOSURE STATEMENT

1. Pursuant to Local Rule of Civil Procedure 7.1, Defendant The Chubb Corporation ("Chubb Corporation"), a nongovernmental corporation, states that it has no parent corporation.

2. The Chubb Corporation further states that it is a public company whose shares are traded on the NYSE under the symbol "CB." No person or entity owns 10% or more of The Chubb Corporation common stock.

BOST1-846019-1

Dated: December 23, 2004

Respectfully submitted,

DEFENDANTS,

THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, and CHUBB & SON, INC.,

By their attorneys,

_____
Stephen J. Abarbanel (BBO # 010100)
Lee M. Holland (BBO # 650617)
**ROBINSON & COLE LLP**
One Boston Place; 25th Floor
Boston, MA 02108-4404
(617) 557-5900

*Counsel:*
Jonathan A. Constine, Esq.
Douglas S. Crosno, Esq.
Hogan & Hartson LLP
555 Thirteenth Street, NW
Washington, DC 20004
Phone: 202/637-6885
Fax: 202/637-5910

## CERTIFICATE OF SERVICE

I, Lee M. Holland, hereby certify that on this 23rd day of December, 2004, I served a true copy of the foregoing document via first-class mail, postage prepaid, upon the following:

Howard M. Cooper
Kevin T. Peters
Heidi A. Nadel
Todd & Weld, LLP
28 State Street
Boston, MA 02110

_____
Lee M. Holland

2