IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HMK ENTERPRISES, INC.,                    )
ROBERT ACKERMAN and                       )
STEVEN KAROL.,                            )
                                          )
                                          )
                    Plaintiffs,           )
                                          )
          v.                              )     Civil Action No. 04-12688MLW
                                          )
THE CHUBB CORPORATION                     )
FEDERAL INSURANCE COMPANY                 )
CHUBB & SON, INC.                         )
                                          )
                    Defendant.            )
                                          )

## ASSENTED TO MOTION OF DEFENDANTS TO ENLARGE TIME WITHIN WHICH TO RESPOND

Now comes Defendants The Chubb Corporation ("Chubb"), Federal Insurance Company

("Federal") and Chubb & Son Inc. ("Chubb & Son") (collectively, "Defendants") and move that

the time within which Defendants may respond or otherwise plead to Plaintiffs' complaint be

enlarged by thirty (30) days, up to and including January 29, 2005.

As a reason for this motion, counsel for Defendants states that this action presents, among

other issues, complex issues of insurance coverage requiring time for consultation with out of

state clients and co-counsel.

### Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1, counsel for the parties have conferred, and counsel for

plaintiffs has assented to this motion. The parties have agreed that by assenting to this motion,

the plaintiffs do not waive or otherwise prejudice their right (if any) to seek remand of this

matter to state court should they determine that such grounds exist.

\\\DC - 57212/0113 - 2039952 v1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished on this 27th day of

December, 2004 by electronic filing to the following attorneys for the plaintiffs in this action:

> Howard M. Cooper
> Kevin T. Peters
> Heidi A. Nadel
> Todd & Weld, LLP
> 28 State Street
> Boston, MA 02110

_____
Catherine N. O'Donnell

\\\\DC - 57212/0113 - 2039952 v1

Assented to:

Plaintiffs, HMK Enterprises
Robert Ackerman, and
Steven Karol

By Their Attorneys

_Howard M. Cooper/cno_

Howard M. Cooper
Kevin T. Peters
Heidi A. Nadel
Todd & Weld, LLP
28 State Street
Boston, MA 02110

Defendants, The Chubb Corporation,
Federal Insurance Company, and
Chubb & Son Inc.

By Their Attorneys

_Stephen J. Abarbanel/cno_

Stephen J. Abarbanel BBO # 010100
Robinson & Cole L.L.P.
One Boston Place
Boston, MA 02108-4404
(617) 557-5938
Fax (617) 557-5999


Jonathan A. Constine, Esquire
Douglas S. Crosno, Esquire
HOGAN & HARTSON, L.L.P.
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5870
Facsimile: (202) 637-5910

2

\\\DC - 57212/0113 - 2039952 v1