UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-12688-MLW |
| v. | ) ) | |
| THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, CHUBB & SON, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.3, Plaintiff HMK Enterprises, Inc. states

that it does not have a parent corporation and that there is no publicly-held corporation that owns

10% or more of its stock.

Respectfully submitted,

HMK ENTERPRISES, INC., ROBERT
ACKERMAN and STEVEN KAROL,

By their attorneys,

_Heidi A. Nadel_

Howard M. Cooper (BBO #543842)
Heidi A. Nadel (BBO#641617)
TODD & WELD LLP
28 State Street
Boston, MA 02110

DATED: January 12, 2005

**CERTIFICATE OF SERVICE**
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on 1/12/05
_Heidi A. Nadel_