IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HMK ENTERPRISES, INC.,<br>ROBERT ACKERMAN and<br>STEVEN KAROL.,<br><br>      Plaintiffs,<br><br>    v.<br><br>THE CHUBB CORPORATION<br>FEDERAL INSURANCE COMPANY<br>CHUBB & SON, INC.<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 04-12688-MLW<br>)<br>)<br>)<br>)<br>)<br>) |

## ASSENTED TO MOTION OF DEFENDANTS THE CHUBB CORPORATION AND CHUBB & SON INC. TO ENLARGE TIME WITHIN WHICH TO RESPOND

Now comes Defendants The Chubb Corporation ("Chubb") and Chubb & Son Inc. ("Chubb & Son") and move that the time within which they may respond or otherwise plead to Plaintiffs' complaint be enlarged by fourteen (14) days, up to and including February 14, 2005.

As grounds for this modest enlargement of time, counsel states that their parties are attempting to address certain issues related to the Complaint against Chubb and Chubb & Son.

### Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1, counsel for the parties have conferred, and counsel for plaintiffs has assented to this motion.

BOST1-848787-1

Assented to:

| | |
|---|---|
| Plaintiffs, HMK Enterprises<br>Robert Ackerman, and<br>Steven Karol | Defendants, The Chubb Corporation,<br>Federal Insurance Company, and<br>Chubb & Son Inc. |
| By Their Attorneys | By Their Attorneys |
| <u>/s/ Howard M. Cooper / by L.M.H.</u><br>Howard M. Cooper<br>Kevin T. Peters<br>Heidi A. Nadel<br>Todd & Weld, LLP<br>28 State Street<br>Boston, MA 02110 | <u>/s/ Lee M. Holland</u><br>Stephen J. Abarbanel BBO # 010100<br>Lee M. Holland BBO # 650617<br>Robinson & Cole L.L.P.<br>One Boston Place<br>Boston, MA 02108-4404<br>(617) 557-5938<br>Fax (617) 557-5999 |
| | Jonathan A. Constine, Esquire<br>Douglas S. Crosno, Esquire<br>HOGAN & HARTSON, L.L.P.<br>555 13th Street, N.W.<br>Washington, DC 20004<br>Telephone: (202) 637-5870<br>Facsimile: (202) 637-5910 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was furnished on this 31st day of January, 2005 by U.S. Mail, first class postage prepaid, to the following attorneys for the plaintiffs in this action:

>Howard M. Cooper
>Kevin T. Peters
>Heidi A. Nadel
>Todd & Weld, LLP
>28 State Street
>Boston, MA 02110

>/s/ Lee M. Holland
>Lee M. Holland