UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 04-12688-MLW |
| v. | ) ) | |
| THE CHUBB CORPORATION, FEDERAL INSURANCE COMPANY, CHUBB & SON, INC., | ) ) ) ) | |
| Defendants. | ) ) | |

## ASSENTED-TO MOTION TO ENLARGE TIME TO RESPOND TO COUNTERCLAIM

Plaintiffs HMK Enterprises, Inc. ("HMK"), Robert Ackerman ("Mr. Ackerman") and Steven Karol ("Mr. Karol") (collectively, "the Insureds") hereby move that the time within which they may respond or otherwise plead to defendants' counterclaim be enlarged by thirty (30) days, up to and including March 23, 2005. As grounds for this motion, Plaintiffs state as follows:

1.    Plaintiffs require more time to investigate the allegations of the counterclaim and to prepare a response.

2.    Defendants, by their counsel, have assented to this motion.

WHEREFORE, Plaintiffs HMK Enterprises, Inc., Robert Ackerman and Steven Karol hereby respectfully request that the Court enlarge the time within which they may respond to Defendants' counterclaim by thirty (30) days to and including March 23, 2005.

### Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1, the undersigned has conferred with counsel for defendants and counsel for defendants has assented to this motion.

Respectfully submitted,

HMK ENTERPRISES, INC., ROBERT
ACKERMAN and STEVEN KAROL,

By their attorneys,


/s/ Heidi A. Nadel
Howard M. Cooper (BBO #543842)
Heidi A. Nadel (BBO#641617)
TODD & WELD LLP
28 State Street
Boston, MA  02110

Assented to:

The Chubb Corporation, Federal Insurance
Company, and Chubb & Son, Inc.,


By their attorneys,


/s/ Stephen J. Abarbanel
Stephen J. Abarbanel (BBO #010100)
Robinson & Cole LLP
One Boston Place
Boston, MA  02108-4404
(617) 557-5938

Jonathan A. Constine, Esquire
Douglas S. Crosno, Esquire
HOGAN & HARTSON, L.L.P.
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5870
Facsimile:  (202) 637-5910

CERTIFICATE OF SERVICE
I hereby certify that a true copy of the above document
was served upon the attorney of record for each other
party by (hand) (mail) on 2 3 05

2