IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

HMK ENTERPRISES, INC.,
ROBERT ACKERMAN and
STEVEN KAROL.,

          Plaintiffs,

          v.

THE CHUBB CORPORATION
FEDERAL INSURANCE COMPANY
CHUBB & SON, INC.

          Defendant.

Civil Action No. 04-12688-MLW

## ASSENTED TO MOTION OF DEFENDANTS THE CHUBB CORPORATION AND CHUBB & SON INC. TO ENLARGE TIME WITHIN WHICH TO RESPOND

Now comes Defendants The Chubb Corporation ("Chubb") and Chubb & Son Inc. ("Chubb & Son") and move that the time within which they may respond or otherwise plead to Plaintiffs' complaint be enlarged by fourteen (14) days, up to and including February 28, 2005.

As grounds for this modest enlargement of time, counsel states that their parties are attempting to address certain issues related to the Complaint against Chubb and Chubb & Son.

### Certification Pursuant to Local Rule 7.1

Pursuant to Local Rule 7.1, counsel for the parties have conferred, and counsel for plaintiffs has assented to this motion.

Assented to:

Plaintiffs, HMK Enterprises
Robert Ackerman, and
Steven Karol

By Their Attorneys


 /s/ Howard M. Cooper /LMH/
Howard M. Cooper
Kevin T. Peters
Heidi A. Nadel
Todd & Weld, LLP
28 State Street
Boston, MA 02110

Defendants, The Chubb Corporation,
Federal Insurance Company, and
Chubb & Son Inc.

By Their Attorneys


 /s/ Lee M. Holland
Stephen J. Abarbanel BBO # 010100
Lee M. Holland BBO # 650617
Robinson & Cole L.L.P.
One Boston Place
Boston, MA 02108-4404
(617) 557-5938
Fax (617) 557-5999

Jonathan A. Constine, Esquire
Douglas S. Crosno, Esquire
HOGAN & HARTSON, L.L.P.
555 13th Street, N.W.
Washington, DC 20004
Telephone: (202) 637-5870
Facsimile: (202) 637-5910