UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL,<br><br>Plaintiffs,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)   Civil Action No. 04-12688-MLW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PARTIES' JOINT STATEMENT PURSUANT TO
## FED. R. CIV. P. 26(f) AND LOCAL RULE 16.1

After conferring pursuant to Fed. R. Civ. P. 26(f) and Local Rule 16.1(B), Plaintiffs HMK Enterprises, Inc. ("HMK"), Robert Ackerman ("Mr. Ackerman") and Steven Karol ("Mr. Karol") (collectively, "the Insureds") and Defendant Federal Insurance Company ("Federal"), pursuant to D. Mass Local Rule 16.1(D), respectfully submit this joint statement and request for scheduling conference pursuant to Local Rule 16.1(A).

1. Certifications pursuant to L.R. 16.1(D)(3) will be filed separately by the Parties.

**Proposed Pretrial Schedule**

2. The parties jointly propose the following discovery plan and proposed schedule for the filing of motions.

| Event | Deadline |
|---|---|
| Initial Disclosures Exchanged | July 29, 2005 |
| Fact discovery completed, including responses to all written discovery. | June 15, 2006 |

| | |
|---|---|
| Plaintiffs to make disclosures pursuant to Fed. R. Civ. P. 26(a)(2) regarding expert witnesses, if any | July 14, 2006 |
| Defendants to make disclosures pursuant to Fed. R. Civ. P. 26(a)(2) regarding rebuttal expert witnesses, if any | September 1, 2006 |
| Expert discovery completed | October 16, 2006 |
| Motions for Summary Judgment filed | November 30, 2006 |
| Final Pretrial Conference | January 31, 2007 or thereafter at the convenience of the Court |

3. The parties request that the Court set a date for a scheduling conference pursuant to Fed. R. Civ. P. 16 and 26(f) and Local Rule 16.1(A) at the Court's convenience.

Respectfully submitted,

| | |
|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, | FEDERAL INSURANCE COMPANY, |
| By their attorneys, | By its attorneys, |
| /s/ Heidi A. Nadel | /s/ Stephen J. Abarbanel |
| Howard M. Cooper (BBO #543842) | Stephen J. Abarbanel (BBO #010100) |
| Heidi A. Nadel (BBO#641617) | Robinson & Cole LLP |
| TODD & WELD LLP | One Boston Place |
| 28 State Street | Boston, MA  02108-4404 |
| Boston, MA  02110 | (617) 557-5938 |
| (617) 720-2626 | |
| | Jonathan A. Constine, Esquire |
| | Douglas S. Crosno, Esquire |
| | HOGAN & HARTSON, L.L.P. |
| | 555 13th Street, N.W. |
| | Washington, DC 20004 |
| | Telephone: (202) 637-5870 |
| | Facsimile:  (202) 637-5910 |

Dated: July 26, 2005.

2