UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | Civil Action No. 04-12688-MLW |

### JOINT STATEMENT CONCERNING ASSIGNMENT TO MAGISTRATE JUDGE

Pursuant to the Court's July 6, 2005 Order, Plaintiffs HMK Enterprises, Inc., Steve Karol and Robert Ackerman and Defendant Federal Insurance Company, being all of the parties to the above-captioned matter, hereby jointly report that they do not at this time consent to the transfer of the above-captioned case to Magistrate Judge Bowler for all purposes.

Respectfully submitted,

| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL, <br><br> By their attorneys, <br><br> /s/ Heidi A. Nadel <br> Howard M. Cooper (BBO #543842) <br> Heidi A. Nadel (BBO#641617) <br> TODD & WELD LLP <br> 28 State Street <br> Boston, MA 02110 <br> (617) 720-2626 <br><br><br><br><br><br> Dated: July 27, 2005 | FEDERAL INSURANCE COMPANY, <br><br> By its attorneys, <br><br> /s/ Lee M. Holland <br> Stephen J. Abarbanel (BBO #010100) <br> Lee M. Holland (BBO #650617) <br> Robinson & Cole LLP <br> One Boston Place <br> Boston, MA 02108-4404 <br> (617) 557-5938 <br><br> Jonathan A. Constine, Esquire <br> Douglas S. Crosno, Esquire <br> HOGAN & HARTSON, L.L.P. <br> 555 13th Street, N.W. <br> Washington, DC 20004 <br> Telephone: (202) 637-5870 <br> Facsimile: (202) 637-5910 |