UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

# **ORDER OF REFERENCE**

Check if previously referred

HMK ENTERPRISES, INC. et al

     V.                              CA No. 04-12688-MLW

FEDERAL INSURANCE CO.,

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge BOWLER for the following proceedings:

(A)    X    Referred for full pretrial case management, including all dispositive motions.

(B)        Referred for full pretrial case management, <u>not</u> including dispositive motions:

(C)        Referred for discovery purposes only.

(D)        Referred for Report and Recommendation on:

                ( ) Motion(s) for injunctive relief
                ( ) Motion(s) for judgment on the pleadings
                ( ) Motion(s) for summary judgment
                ( ) Motion(s) to permit maintenance of a class action
                ( ) Motion(s) to suppress evidence
                ( ) Motion(s) to dismiss
                ( ) Post Conviction Proceedings[1]
        See Documents Numbered: _____

(E)        Case referred for events only.  See Doc. No(s). _____

(F)        Case referred for settlement.

(G)        Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
                ( ) In accordance with Rule 53, F.R.Civ.P.
                ( ) In accordance with 42 U.S.C. 2000e-5(f)(5)

(H)        Special Instructions: _____

August 4, 2005                              By:    /s/ Dennis O'Leary
Date                                                  Deputy Clerk    **(order-ref-mag.wpd - 05/2003)**

---

[1] See reverse side of order for instructions