UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

………………………………………
HMK ENTERPRISES, INC.,
ROBERT ACKERMAN and
STEVEN KAROL.,

      Plaintiffs,

      v.

THE CHUBB CORPORATION,
FEDERAL INSURANCE
COMPANY, CHUBB
& SON, INC.,

      Defendants.
………………………………………

Civil Action No. 04 12688 MLW

## NOTICE OF APPEARANCE

Please enter the appearance of Martin C. Pentz and Foley Hoag LLP as co-counsel for plaintiffs HMK Enterprises, Inc., Robert Ackerman and Steven Karol.

          HMK ENTERPRISES, INC.,
          ROBERT ACKERMAN and
          STEVEN KAROL

          By their attorneys,


          /s/ Martin C. Pentz
          Martin C. Pentz (BBO No. 394050)
          Foley Hoag LLP
          155 Seaport Boulevard
          Boston, Massachusetts   02210
          (617)   832-1000

Dated:   August 24, 2005

B3086516.1