UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

………………………………………
HMK ENTERPRISES, INC.,
ROBERT ACKERMAN and
STEVEN KAROL.,

       Plaintiffs,

       v.       Civil Action No. 04 12688 MLW

FEDERAL INSURANCE
COMPANY,

       Defendant.
………………………………………

## NOTICE OF APPEARANCE

Please enter the appearance of Karen L. Crocker as co-counsel for Plaintiffs HMK Enterprises, Inc., Robert Ackerman and Steven Karol.

    HMK ENTERPRISES, INC.,
    ROBERT ACKERMAN and
    STEVEN KAROL

    By their attorneys,

    /s/ Karen L. Crocker
    Martin C. Pentz (BBO #394050)
    Karen L. Crocker (BBO #658838)
    Foley Hoag LLP
    155 Seaport Boulevard
    Boston, Massachusetts  02210
    (617)  832-1000
    kcrocker@foleyhoag.com

Dated:   March 9, 2006

B3174270.1