UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ……………………………………… ) <br> HMK ENTERPRISES, INC., ) <br> ROBERT ACKERMAN and ) <br> STEVEN KAROL., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> FEDERAL INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ……………………………………… | Civil Action No. 04 12688 MLW |

### THIRD JOINT MOTION TO CONTINUE STATUS CONFERENCE

HMK Enterprises, Inc., Robert Ackerman and Steven Karol ("Plaintiffs") and Federal Insurance Company ("Defendant") hereby jointly move to continue the status conference for 14 days until June 13, 2006, or as soon thereafter as the Court's schedule permits, stating as follows:

1. Pursuant to notice from the Court, a status conference in this matter has been scheduled for 10:00 a.m. on May 30, 2006.

2. The parties have reached agreement on the documents necessary to settle their dispute. These documents are in final form and the parties have begun the process of circulating them for execution.

3. The parties expect that all the settlement documents will be executed and a stipulation of dismissal will be filed before June 13, 2006. In that event, no status conference will be necessary.

4. The parties submit that the relief requested herein will not prejudice either party or the Court.

For the foregoing reasons, the parties request that the Court grant their joint motion to continue the status conference until June 13, 2006, or as soon thereafter as the Court's schedule permits, by which time the parties expect to file a stipulation of dismissal.

| | |
|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL | FEDERAL INSURANCE COMPANY |
| By their attorneys, | By its attorneys, |
| /s/ Martin C. Pentz | /s/ Jonathan A. Constine (by permission (/s/ Martin C. Pentz) |
| Martin C. Pentz (BBO #394050)<br>Karen L. Crocker (BBO #658838)<br>Foley Hoag LLP<br>155 Seaport Boulevard<br>Boston, MA 02210<br>(617) 832-1000<br>mpentz@foleyhoag.com | Jonathan A. Constine (*pro hac vice*)<br>Hogan & Hartson, LLP<br>555 13th Street, N.W.<br>Washington, D.C. 20004<br>(202) 637-5870 |
| *and* | *and* |
| Howard M. Cooper (BBO #543842)<br>Heidi A. Nadel (BBO #641617)<br>Todd & Weld, LLP<br>28 State Street<br>Boston, MA 02110<br>(617) 720-2626 | Stephen J. Abarbanel (BBO #010100)<br>Lee M. Holland (BBO #650617)<br>Robinson & Cole LLP<br>One Boston Place<br>Boston, MA 02108<br>(617) 557-5938 |

Dated:   May 23, 2006

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to those indicated as non-registered participants on May 23, 2006.

/s/ Martin C. Pentz
Martin C. Pentz