IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, <br><br> Defendant. | ) ) ) ) ) ) ) ) Civil Action No. 04-12688-MLW ) ) ) ) ) ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiffs HMK Enterprises Inc. ("HMK"), Robert Ackerman and Steven Karol, and defendant Federal Insurance Company ("Federal") hereby jointly stipulate to the dismissal of the above-styled action in its entirety, including all claims and counterclaims therein, with prejudice, with each party bearing its own attorney's fees and costs.

SO STIPULATED:

| HMK ENTERPRISES, INC., ROBERT ACKERMAN and STEVEN KAROL | FEDERAL INSURANCE COMPANY |
|---|---|
| By their attorneys, | By its attorneys, |
| /s/ Martin C. Pentz | /s/ Jonathan A. Constine (by permission (/s/ Martin C. Pentz) |
| Martin C. Pentz (BBO #394050) <br> Karen L. Crocker (BBO #658838) <br> Foley Hoag LLP <br> 155 Seaport Boulevard <br> Boston, MA 02210 <br> (617) 832-1000 <br> mpentz@foleyhoag.com | Jonathan A. Constine (*pro hac vice*) <br> Hogan & Hartson, LLP <br> 555 13th Street, N.W. <br> Washington, D.C. 20004 <br> (202) 637-5870 |

\\\DC - 57212/0502 - 2077776 v1

| | |
|---|---|
| *and* | *and* |
| Howard M. Cooper (BBO #543842) | Stephen J. Abarbanel (BBO #010100) |
| Heidi A. Nadel (BBO #641617) | Lee M. Holland (BBO #650617) |
| Todd & Weld, LLP | Robinson & Cole LLP |
| 28 State Street | One Boston Place |
| Boston, MA 02110 | Boston, MA 02108 |
| (617) 720-2626 | (617) 557-5938 |

Dated:    June 6, 2006

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be mailed to those indicated as non-registered participants on June 6, 2006.

/s/ Martin C. Pentz
Martin C. Pentz

\\\DC - 57212/0502 - 2077776 v1